IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CAROLINE VEMULAPALLI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TARGET CORPORATION, )<br>)<br>Defendant. ) | Case No.: 4:20-cv-120<br><br>Removed from St. Louis City Circuit Court<br>Case No.: 1922-CC12285<br><br>**JURY TRIAL REQUESTED** |

### ORIGINAL FILING FORM

**THIS CASE MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY WHEN INITIATING A NEW CASE.**

☐   THIS CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER _____ AND ASSIGNED TO THE HONORABLE JUDGE _____.

☒   NEITHER THIS CAUSE, NOR A SUBSTANTIALLY EQUIVALENT COMPLAINT, PREVIOUSLY HAS BEEN FILED IN THIS COURT, AND THEREFORE MAY BE OPENED AS AN ORIGINAL PROCEEDING.

**The undersigned affirms that the information provided above is true and correct.**

Date: January 25, 2020

/s/ Beth C. Boggs
Signature of Filing Party